FILED
MAY 0 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. GORDON T. THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JENARO MARCOS-PEREZ, ) <br> Defendant. ) | Case No. 08-CR-4172-1-GT <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, JENARO MARCOS-PEREZ, currently scheduled for May 14, 2009, at 9:00 a.m., be continued to June 16, 2009, at 9:00 a.m.

**SO ORDERED.**

Dated: May 6, 2009

HON. GORDON T. THOMPSON, JR.
U.S. DISTRICT JUDGE